**Order filed March 19, 2014**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-14-00138-CV
_____

### In the Interest of G.C.B. and S.Y.B., Children

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2012-06505J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellants' brief was due **March 13, 2014.** No brief has been filed.

Unless appellants file a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM